Lewis Jubran, Esq. (DC Bar no. 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Rafa Waleed Alashqar; Areej Hisham Mtour; Delara Rada Alashqar<br><br>775 Plantation Drive, Unit 14<br>Little River, South Carolina 29566-8061<br><br>Plaintiffs,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas,** Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Arlington Asylum Office; Jedidah Hussey,** Director of the Arlington Asylum Office; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate;<br><br>Office of General Counsel<br>US Department of Homeland Security 2707 Martin Luther King Jr. Ave., SE<br>Washington DC 20528-0485 | Case No.:<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

**Christopher A. Wray,** Director of Federal Bureau of Investigations

Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington DC 20530-0001

Defendants.

## INTRODUCTION

1. This action is brought by Plaintiffs Rafa Waleed Alashqar, Areej Hisham Mtour and Delara Rafa Alashqar by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of November 22, 2016, and which has still has not been called for an interview.

2. On November 22, 2016, Plaintiff Rafa Waleed Alashqar filed an I-589 Application for Asylum and for Withholding of Removal to the Arlington Asylum Office. (**Exhibit A – I-589 Application for Asylum and Withholding of Removal and Receipt Notice**). The basis of his asylum application is that he fears persecution in the West Bank, Palestine by Israeli forces on account of his Palestinian nationality.

3. Shortly after Plaintiff Rafa Waleed Alashqar filed his I-589 Application for Asylum and Withholding of Removal, Defendant USCIS sent a Notice to Plaintiffs directing them to appear at the USCIS Application Support Center between December 1, 2016 and December 15,2016 in

order to have their biometric information obtained. **(Exhibit B – I-797 Notice of Action – Fingerprint Notification)**. Plaintiffs did appear at the designated location and their biometrics were obtained.

4. Since Plaintiffs had their biometrics taken by Defendant USCIS, they have not received any further communications from Defendant Arlington Asylum Office about when their case would be scheduled for an interview.

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiffs' asylum application for an interview which has been pending now for over five years. Plaintiffs seeks to compel Defendants, through a writ of mandamus, to schedule an interview(s) for the pending asylum application.

## PARTIES

6. Plaintiff RAFA WALEED ALASHQAR is a citizen of Palestine. Plaintiff filed his I-589 Application for Asylum and Withholding of Removal on November 22, 2016. Plaintiff AREEJ HISHAM MTOUR is his spouse and is listed as a derivative applicant on his application. Plaintiff DELARA RAFA ALASHQAR is his child and is listed as a derivative applicant on his application.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the officers named as defendants in this Complaint.

9. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

10. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

11. Defendant TED H. KIM (hereinafter "Acting Associate Director Kim") is the Acting Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Acting Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

12. Defendant ARLINGTON ASYLUM OFFICE (hereinafter "Arlington Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

13. Defendant JEDIDAH HUSSEY (hereinafter "Director Hussey") is the director of the Arlington Asylum office. This suit is brought against Director Hussey in his official capacity, as he is charged overseeing the adjudication of the asylum applications at the Arlington Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not processed Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal

wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted.")

**VENUE**

19. Venue is proper in this Court, pursuant to 28 U.S.C. §1391(e) which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides. Because the Defendants are in the District of Columbia, including the United States Department of Homeland Security and its employees, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

**20.** Plaintiffs have no administrative remedies. Since November 22, 2016, Plaintiffs have received no correspondence or communications whatsoever from Defendants about the pending asylum application and when it will be scheduled for an interview. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 U.S.C. §1158, Plaintiff Rafa Waleed Alashqar filed an Application for Asylum and Withholding of Removal with Defendant United States Citizenship and Immigration Services on November 22, 2016. (**Exhibit A – I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt**). Plaintiff filed his Application to the Arlington Asylum Office because he was then living in South Carolina.

22. Shortly after filing his application, Plaintiffs were instructed to appear at an application support center to have their biometric information captured. (**Exhibit B-I-797 Notice of Action**)

23. Plaintiffs did timely present themselves at the designated application support center and had their biometric information collected.

24. Since they provided their biometric information, Plaintiff Rafa Waleed Alasqar has not received any communications whatsoever from Defendant Arlington Asylum Office or any other defendant about when the asylum interview will be scheduled. Plaintiffs therefore have no way of knowing how much longer the scheduling process will take.

25. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

26. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

27. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has been over seven years since Plaintiff applied for Asylum and his case has still not been scheduled for an interview.

28. Plaintiffs have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled for an interview and adjudicated.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

**CLAIM FOR RELIEF**

29. Plaintiffs' claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus

to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiffs have been irreparably damaged from the fear of not knowing what will happen with the asylum case for the past five years. They have been constantly hoping for a date to interview for the application for asylum, so they would not have to worry about their future. Because of the long wait and unknowing, Plaintiffs are enduring significant psychological damage.

b. The delay is causing irreparable harm to Plaintiffs who are not able to continue with their lives in the United States without fear of returning to the West Bank, Palestine, a country where they will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Rafa Waleed Alashqar's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff Rafa Waleed Alashqar has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only Defendant United States Citizenship and Immigration Services is able to make decisions on scheduling an asylum interview, leaving no adequate remedy. Accordingly, Plaintiffs have been forced to pursue the instant action.

**PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a. Accept jurisdiction and maintain continuing jurisdiction of this action;
b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;
c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);
d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Rafa Waleed Alashqar's application;

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Rafa Waleed Alashqar's Asylum and Withholding of Removal application;

f. Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g. Grant such other relief at law and in equity as justice may require.

Dated this December 20, 2021

Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiffs

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**ALASHQAR v UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

| Exhibit | Description | Pages |
|---|---|---|
| A | I-589 Application for Asylum and Acknowledgment of Receipt | 1-12 |
| B | I-797 Notice of Action | 13-15 |

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☐

## Part A.I. Information About You

1. Alien Registration Number(s) (A-Number) *(if any)*: N/A
2. U.S. Social Security Number *(if any)*:
3. Complete Last Name: ALASHQAR
4. First Name: RAFA
5. Middle Name: WALEED
6. What other names have you used *(include maiden name and aliases)*? N/A
7. Residence in the U.S. *(where you physically reside)*
   - Street Number and Name: 1614 WILDWOOD DR
   - Apt. Number: N/A
   - City: LITTLE RIVER
   - State: SOUTH CAROLINA
   - Zip Code: 26566
   - Telephone Number: ( 843 ) 5977662
8. Mailing Address in the U.S. *(if different than the address in Item Number 7)*
   - In Care Of *(if applicable)*: N/A
   - Telephone Number: ( ) N/A
   - Street Number and Name: N/A
   - Apt. Number: N/A
   - City: N/A
   - State: N/A
   - Zip Code: N/A
9. Gender: ☒ Male ☐ Female
10. Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed
11. Date of Birth *(mm/dd/yyyy)*: 11/28/1979
12. City and Country of Birth: NABLUS - PALESTINE
13. Present Nationality *(Citizenship)*: PALESTINIAN
14. Nationality at Birth: PALESTINIAN
15. Race, Ethnic, or Tribal Group: WHITE
16. Religion: ISLAM
17. *Check the box, a through c, that applies:* a. ☒ I have never been in Immigration Court proceedings.
   b. ☐ I am now in Immigration Court proceedings. c. ☐ I am not now in Immigration Court proceedings, but I have been in the past.
18. *Complete 18 a through c.*
   a. When did you last leave your country? *(mmm/dd/yyyy)* 05/16/2015
   b. What is your current I-94 Number, if any? B2
   c. List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date | Place | Status | Date Status Expires |
|---|---|---|---|
| 08/24/2016 | MAIMI, FL | VISTOR | 02/23/2017 |
| 09/21/2015 | MYRTLE BEACH, SC | VISTOR | |
| 02/05/2014 | WASHINGTON , DC | VISTOR | |

19. What country issued your last passport or travel document? JORDAN
20. Passport Number: 142609
    Travel Document Number: N/A
21. Expiration Date *(mm/dd/yyyy)*: 02/15/2020
22. What is your native language *(include dialect, if applicable)*? ARABIC
23. Are you fluent in English? ☐ Yes ☒ No
24. What other languages do you speak fluently? ARABIC

| For EOIR use only. | For USCIS use only. | Action: Interview Date: ______ Asylum Officer ID#: ______ | Decision: Approval Date: ______ Denial Date: ______ Referral Date: ______ |
|---|---|---|---|

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | 04/13/1984 | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
|---|---|---|---|
| MTOUR | AREEJ | HISHAM | AREEJ |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|
| 07/22/2007 | JORDAN | AMMAN, JORDAN |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| JORDANIAN | WHITE | ☐ Male ☒ Female |

15. Is this person in the U.S.? ☒ Yes *(Complete Blocks 16 to 24.)* ☐ No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| MIAMI, FL | 08/24/2016 | N/A | B2 |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| MARIED - VISTOR | 02/23/2017 | ☐ Yes ☒ No | 08/24/2015 |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., **Information about your background**.)*

☒ I have children. Total number of children: 3

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| N/A | N/A | SINGLE | N/A |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| ALASHQAR | DELARA | RAFA | 05/23/2010 |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| RIYADH, SAUDI ARABIA | PALESTINIAN | WHITE | ☐ Male ☒ Female |

13. Is this child in the U.S.? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| MIAMI, FLORIDA | 08/24/2016 | N/A | B2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| SINGLE - VISITOR | 02/23/2017 | ☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No



2

**Part A.II. Information About Your Spouse and Children (Continued)**

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | 514308254 | SINGLE | 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 |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth (mm/dd/yyyy)** |
| ALASHQAR | NIRVANA | RAFA | 03/06/2014 |
| **9. City and Country of Birth** | **10. Nationality (Citizenship)** | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| CONWAY, SOUTH CARORINA | USA | WHITE | ☐ Male ☒ Female |

13. Is this child in the U.S.? ☒ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| MAIMI, FL | 08/24/2016 | N/A | US CITIZEN |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| SINGLE / US CITIZEN | N/A | ☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| N/A | 537501641 | SINGLE | 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 |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth (mm/dd/yyyy)** |
| ALASHQAR | QOSAI | RAFA | 09/23/2015 |
| **9. City and Country of Birth** | **10. Nationality (Citizenship)** | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| CONWAY, SOUTH CARORINA | USA | WHITE | ☒ Male ☐ Female |

13. Is this child in the U.S.? ☒ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| MAIMI, FL | 08/24/2016 | N/A | US CITIZEN |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| SINGLE / US CITIZEN | N/A | ☐ Yes ☒ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☒ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |
| **5. Complete Last Name** | **6. First Name** | **7. Middle Name** | **8. Date of Birth (mm/dd/yyyy)** |
| | | | |
| **9. City and Country of Birth** | **10. Nationality (Citizenship)** | **11. Race, Ethnic, or Tribal Group** | **12. Gender** |
| | | | ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes ☐ No |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| ABUALA ALMARE STREET | AMMAN | AMMAN | JORDAN | 08/2016 | 08/2016 |
| ASKAR REFUGEE CAMP | NABLUS | | PALESTINE | 05/2015 | 05/2015 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 1614 WILDWOOD DR | LITTLE RIVER | SOUTH CAROLINA | USA | 08/2016 | NOW |
| ABUALA ALMARE STREET | AMMAN | AMMAN | JORDAN | 05/2016 | 08/2016 |
| DAHIT LABAN | RIYADH | RIYADH | SAUDI ARABIA | 06/2005 | 08/2016 |
| | | | | | |
| | | | | | |

3. Provide the following information about your education, beginning with the most recent.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| OPEN ALQUDES UNIVERSITY | UNIVERSITY | SAUDI ARABIA | 02/2010 | 08/2012 |
| AMMAN TRAINNING COLLEGE | COLLEGE | JORDAN | 09/1998 | 07/2000 |
| AHMAD TOUQAN HIGH | HIGH SCHOOL | JORDAN | 09/1996 | 06/1998 |
| ABU BAKER SECONDARY | HIGH SCHOOL | PALESTAIN | 09/1995 | 01/1996 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| ALKHALEEJ TRINING AND EDUCATION | CREDIT & INSURANCE MANAGER | 09/2007 | 07/2016 |
| | | | |
| | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
(**NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* SEHAM AHMED MOUWAD | NABLUS, PALESTINE | ☐ Deceased |
| *Father* WALEED SUBHI ALASHQAR | YAFA, PALESTINE | ☐ Deceased |
| *Sibling* LOUAI WALEED ALASHQAR | NABLUS, PALESTINE | ☐ Deceased |
| *Sibling* WAEL WALEED ALASHQAR | NABLUS, PALESTINE | ☐ Deceased |
| *Sibling* HANADI WALEED ALASHQAR | NABLUS, PALESTINE | ☐ Deceased |
| *Sibling* NAHED WALEED ALASHQAR | NABLUS, PALESTINE | ☐ Deceased |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

- [ ] Race
- [ ] Religion
- [x] Nationality
- [ ] Political opinion
- [ ] Membership in a particular social group
- [ ] Torture Convention

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

- [ ] No
- [x] Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

I WAS MISTREATED AT THE ISRIELLI BRDARS, BY THE ARMY, DUE TO SOME FAMILLY MEMBERS IN PRESON IN ISRAEL, I WAS QUESIOUED, AND HIT BY SOME EMPLYEES AT THE BORER, WHY I WAS AWAY FOR SO LONG, AND IF I HAD ANY CONNECTION OF ANY KIND TO TERORESTS, I WAS VERY CLEAN, AND THEY LET ME GO, BUT THEY AGAIN TRY ONECE AM IN THE HOUSE TO DO THE SAME THING AND THEY INVESFIGATE MY DAD FOR A WHILE, AND THEN MY 18 YEAR OLD NEPEW FOR NO REASON, ALL THAT HAPPEN WHILE MY KIDS WATCHING, AND I FEAR FOR THERE LIFE AND MINE, DUE TO ALL THINGS THAT HAPPENNING IT THAT LAND, SAME THING HAPPEN IN THE WAY OUT OF ISRAEL, QUESIONS, AND HITTING TELL I FINALY FREE FROM THERE.

B. Do you fear harm or mistreatment if you return to your home country?

- [ ] No
- [x] Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

I FEAR THET THEY WILL ARREST ME AGAIN FOR QUESTIONING, OR ANY THING HAPPEN TO ANY FAMILY MEMBER, AND I DONT WANT THAT TO HAPPEN INFRONT OF MY KIDS AND WIFE, FOR NO OTHER RESON EXEPT I AN APALESTINIAN, WHO LIVED IN THE OCUPIED TERATORY. ALSO IN JORDAN MY KINDS NOT ALLWED TO INTER SCHOOLS, OR HAVE ANY MEDICAL TREATMENT FOR ME OR THEM, AND ASKING ME TO BACK TO GO MY HOME LAND IN WEST BANK. THAT IS NOT ALIFE FOR ANY PERSON OR KID TO LIVE, SO WE ASKING YOU KINLY TO CONSEDER MY CASE, AND MY KIDS FUTER.

**Part B. Information About Your Application (Continued)**

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

[X] No [ ] Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

[X] No [ ] Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

[X] No [ ] Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

[ ] No [X] Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

I AM AFRAID OF GOING BACK TO WEST BANK NOT ONLY FOR ME, BUT ALSO FOR MY KIDS, DUE TO THE LIFE STYLE IN THAT COUNTRY, AND THE PROBLEM BETWEEN THE PALESTINIANS AND THE ISRAEIL ARMY. I BEEN THERER SO MANY AND I BEEN HIT, AND ACCUSED OF SO MANY THINGS THAT I DID NOT DO, AND FINALY BEEN RELEASED. I DONT WANT THAT TO HAPPEN TO MY KIND. OR MY WIFE AND MY AGAIN.

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

[X] No [ ] Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

[ ] No [X] Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

[X] No [ ] Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

[X] No [ ] Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

## Part C. Additional Information About Your Application (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

[X] No [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

[X] No [ ] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

***WARNING:* Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.**

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| RAFA WALLED ALASHQAR | رافع وليد الاشقر |

Did your spouse, parent, or child(ren) assist you in completing this application? [X] No [ ] Yes *(If "Yes," list the name and relationship.)*

*(Name)* *(Relationship)* *(Name)* *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application? [ ] No [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? [ ] No [X] Yes

Signature of Applicant *(The person in Part A.I.)*

[ RAFA WALEED AL-Ash9ar ]

Sign your name so it all appears within the brackets

11/04/2016

Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | | Print Complete Name of Preparer | |
|---|---|---|---|
| [signature] | | GHASSAN LUTFY DAWUD | |
| Daytime Telephone Number | Address of Preparer: Street Number and Name | | |
| ( 843 ) 222-8088 | 1614 WILDWOOD DR | | |
| Apt. Number | City | State | Zip Code |
| N/A | LITTLE RIVER | SC | 29566 |

Date: 11/4/2016

**After greeting...**

This brief Me, I'm Rafa Waleed Sobhi AlAshqar was born in Palestine - Nablus in 1979, I am Palestinian nationality and carry a Jordanian passport without a national number, now I do not have any stay somewhere I can live in safety and freedom and the granting basic rights to my children from the health, education and mobility and others.

Since my childhood I am suffering as a result of the participation of my family work resistance against the Israeli occupation in the West Bank and especially my brothers and sisters in that business and to a lesser extent my father.

Where he rolled reasons of family pressure and from a young age, where he and my father force me to stay and I'm at the age of 17 years where I was at the beginning of high school I have it in 1996 to join the camps of the PLO - Fatah Therefore prelude to append the Palestinian army and entered this session for 40 days and came out of them, and if my father under arrest for questioning and my brother imprisoned in Israeli jails and because I do not like this approach of violence and counter-violence has decided to travel and I enacted 17 years to Jordan to complete my education and the fact that I am Palestinian, Jordan did not allow me to study only after a long period of procedures and the complications which lost a whole year of my education and lost the year entire semester and then completed my studies at Jordan university which did allow me study the college for 2 years , did not accept me to join any university term of 4 years, and then were not in the administration in Jordan was forced to travel to any country on a work visa and actually traveled in 2001 to Saudi Arabia, and then I got married in 2008 and we had three kids a girl, born in Saudi Arabia and the other girl and the boy was born in America and continued things stable until the beginning of 2015, and given the economic circumstances , the company informed me that this is the last year for the renewal of work my contract and after finishing out of Saudi Arabia, I went and my family to the West Bank in the middle of that year for a month in order to pave the transition and stay there, but from the beginning I entered the West Bank, and I'm in the border began the problems I face took the investigator identity of the Palestinian my own was take me to the Bureau of Investigation and the reason for questioning why I was absent from the West Bank for 19 years and what are the actions that you made before you travel that makes me not promising for the West Bank during that period and what My activities abroad, and I told them that I don't have any violations, or any criminal records , and am just trying to get home, I have no irregularities nor violations prier to my departure from the West Bank and exited legally out of the country but has been assaulted, verbally and physically during the investigation, which lasted more than four hours and I'm tired waiting and tired myself to pursue the officers , finally I came out came out of the investigation, and then after our judiciary a number of days, and we were at my older brother house, and we were sitting with the family at night were they raided my brother house where there were arrested nephew , that not to exceed 18 years was done watching my kids and my kids where awake of their sleep due to entering of the military men to the house and start breaking, and cracking of the contents of the house and screaming and that incident caused myself great suffering with my kids and decide not to stay in West Bank, then it came on the pressure from my family that I am the only member of the family that I

have absolutely no role in the resistance and fight the occupation, knowing that this thing I reject it from my childhood, how, and I am a father to the children and the family I am already have no conviction of the usefulness of this business and with this family on the repeated and the resulting fear of fear provoked by the attack Israeli soldiers at my brother's house and arrest nephew decided to actually cut my stay and return again to Saudi Arabia with a no-brainer to return once again to the West Bank but with our journey and we are on the way back with our travel at night to get early on the border we stopped by an Israeli barrier consisting of tank and a military jeep it was the beginning of the demand of us the exit of the men the driver and I out of the car to scan our cards probative and after a period after taking identities has been demand from the rest of my family full out of the car , so all the kids one 4-year-old and one just a year then start asking me about my brothers Will I own guns and all their questions just to waste time and questions is not logical, then, they start to play and point their guns toward us and the children to intimidate and terrorize and this is what was really where it was this episode inhumane never towards the kids were scare and terrorize without guilt and without any reason, and then we went back to Saudi Arabia and terminated my services there and forced to return to Jordan and to remain on in the hope of stability, but unfortunately did not allow me to stay to ensure that less human rights in Jordan does not teach nor the authenticity nor any human right, which did not allow me to enter my daughter to school at the age of 6 years and is preparing to enter the school and with all my attempts were unsuccessful enter school even I could not replace my driver's license does not extract a new one, not even work in Jordan or acquisitions for a variety of them that should be assessed and their mother Jordanian five years and then be initiated by giving them the right to education and to return again to add little to pushed the identity of my son and that there are security restrictions for reasons the members of my family to prevent it and the answer was always go to the West Bank to teach them and that you have no rights here.

I am and all that I mentioned earlier I cannot be held in the West Bank does not fear for my life there is only a result of family pressure or suffering on each border port or barrier or any travel only, but more my fear on my children and how I'm going to bring them up to these pressures and the situation and now I do not have anywhere I can live where I and my family ensures a stable life with education, health and security rights and after he missed me all the ways I decided to come to America rushed to insert my daughter's school that they will be delayed by, or never enter school as delayed I am a full year and gone from my life.

I declare under the pains and penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

An introduction

Rafa waleed sobhi AlAshqar

Hasler FIRST-CLASS MAIL
11/28/2016
US POSTAGE $000.46
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20743
011D12500064

FROM
US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1525 WILSON BLVD.
MAILSTOP 2500
ARLINGTON, VA 20598-2500

# IMPORTANT INFORMATION ENCLOSED

RAFA ALASHQAR
1614 WILDWOOD DR
LITTLE RIVER, SC 29566

29566$8710 R086

FROM
US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1525 WILSON BLVD.
MAILSTOP 2500
ARLINGTON, VA 20598-2500

NAME: RAFA ALASHQAR DATE: 11/28/16
A-NUMBER: 209498171 RCPT#: ZAR1600140450 FORM: I-589

*** ACKNOWLEDGMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 11/22/16. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO
RAFA ALASHQAR
1614 WILDWOOD DR
LITTLE RIVER, SC 29566

12

**EXHIBIT B**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE<br>I589 Application For Asylum | | CODE | USCIS A#<br>A 209 495 171 |
| RECEIPT NUMBER<br>ZAR1600140450 | RECEIVED DATE<br>November 22, 2016 | PRIORITY DATE<br>November 22, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
RAFA WALEED ALASHQAR
1614 WILDWOOD DR
LITTLE RIVER SC 29566

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XAE
BIOMETRICS QA REVIEW BY:
S72750 ON DEC 07 2016
TENPRINTS QA REVIEW BY:
ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHARLESTON, SC<br>1650 SAM RITTENBERG BLVD<br>SUITES 5-7<br>CHARLESTON SC 29407 | 12/01/2016<br>to<br>12/15/2016 | Sat - Sun Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, **you MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586**. If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY



**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | CODE | NOTICE DATE<br>USCIS A#<br>A 209 495 173 |
|---|---|---|---|
| CASE TYPE<br>I589 Application For Asylum | | | PAGE<br>1 of 1 |
| RECEIPT NUMBER<br>ZAR1600140480 | RECEIVED DATE<br>November 22, 2016 | PRIORITY DATE<br>November 22, 2016 | |

APPLICANT NAME AND MAILING ADDRESS
DELARA RAFA ALASHQAR
1614 WILDWOOD DR
LITTLE RIVER SC 29566

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XAE
BIOMETRICS QA REVIEW BY: S72750 ON DEC 07 2016
TENPRINTS QA REVIEW BY: ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics ~~collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your~~ application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHARLESTON, SC<br>1650 SAM RITTENBERG BLVD<br>SUITES 5-7<br>CHARLESTON SC 29407 | 12/01/2016<br>to<br>12/15/2016 | Sat - Sun Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, **you MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Fingerprint Notification | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE<br>I589 Application For Asylum | | CODE | USCIS A#<br>A 209 495 172 |
| RECEIPT NUMBER<br>ZAR1600140470 | RECEIVED DATE<br>November 22, 2016 | PRIORITY DATE<br>November 22, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
AREEJ HISHAM MTOUR
1614 WILDWOOD DR
LITTLE RIVER SC 29566

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: VAE
BIOMETRICS QA REVIEW BY:
57275 ON DEC 07 2016
TENPRINTS QA REVIEW BY:
ON

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS CHARLESTON, SC<br>1650 SAM RITTENBERG BLVD<br>SUITES 5-7<br>CHARLESTON SC 29407 | 12/01/2016<br>to<br>12/15/2016 | Sat - Sun Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, **you MUST BRING THIS LETTER, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: **BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586.** If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY



**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**



15